UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER SHAW,

    Defendant.

Case No. 3:25-cr-73

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL THE CASE (Doc. No. 14); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 6) FORWARD**

---

For good cause shown, the Court **GRANTS** the Government's unopposed motion to unseal this case (Doc. No. 14) and **DIRECTS** the Clerk of Court to unseal the case from the Indictment (Doc. No. 6) forward. This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

**IT IS SO ORDERED.**

September 17, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge