UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                            Case No. 3:25-cr-73

vs.

TYLER SHAW,                        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT ORAL MOTION TO CONTINUE; (2) EXCLUDING THE TIME FROM MARCH 23, 2026 UNTIL APRIL 23, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS MAY 7, 2026; AND (4) SETTING A FOLLOW-UP STATUS CONFERENCE FOR APRIL 21, 2026 AT 11:30 A.M.**

---

Pursuant to the record of the telephone status conference on March 23, 2026, for good cause shown, and given the requirements of the Speedy Trial Act, the Court **GRANTS** the parties' unopposed, joint oral motion to continue and toll the Speedy Trial Act for 30 days.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to continue would deny both the Government and Defendant the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from March 23, 2026 until April 23, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring

Defendant to trial.  The new Speedy Trial Act deadline is **May 7, 2026**.[1]

The Court **SETS** a telephone status conference on **April 21, 2026 at 11:30 a.m.**  To join the teleconference, counsel and participants shall call 1-646-828-7666.  Three steps are then needed to log into the teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #.  If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.

**IT IS SO ORDERED.**

April 1, 2026                             s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                               United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.

2