UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TYLER SHAW,

     Defendant.

Case No. 3:25-cr-73

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 24); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 20); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS 1, 6 and 13 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. No. 24), recommending that the Court accept Defendant's guilty plea.  There being no objections to the well-reasoned R&R, the Court **ADOPTS** the R&R in full.  The parties' joint motion to change plea (Doc. No. 20) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Counts 1, 6 and 13 of the Indictment, which charge him with coercion and enticement, in violation of Title 18 U.S.C. § 2422(b), and possession of child pornography, in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    June 5, 2026

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge